UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-34722 |
| JAMES ZARING | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO MODIFY CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor's Confirmed Chapter 13 Plan is modified to replace §G with the following language:

"Any claim for the junior lien of Cole Taylor Bank, recorded as document #0731846069, shall be treated as an unsecured claim for the purposes of the Chapter 13 plan. Upon completion of the plan, the lien of Cole Taylor Bank shall be void, and Cole Taylor Bank shall file a release of the lien within 30 days with the appropriate recorder of deeds. This plan provision shall be binding on Cole Taylor Bank and its successors, assigns, transferees, and nominees."

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  February 15, 2018

**Prepared by:**

Dustin B. Allen
IARDC #6312451
DAVID M. SIEGEL & ASSOC., LLC
790 Chaddick Drive
Wheeling, IL  60090